Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida
### Fort Pierce Division

FILED BY ⎯⎯ D.C.

JUL 25 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

Justin Pike

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

City of Fort Pierce
Fort Pierce Police Department
Officer Lissette Lopez #9105

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Justin Pike |
| Address | 1816 E Royal Tern Ln |
| | Fort Pierce, FL 34982 |
| | *City / State / Zip Code* |
| County | St. Lucie |
| Telephone Number | 954-650-2887 |
| E-Mail Address | JustinPikeLegal@Gmail.Com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City of Fort Pierce |
| Job or Title *(if known)* | Monell Liability |
| Address | 100 N US HWY 1 |
| | Fort Pierce, FL 34950 |
| | *City / State / Zip Code* |
| County | St. Lucie |
| Telephone Number | 772-467-3000 |
| E-Mail Address *(if known)* | Shedges@cityoffortpierce.com |

☐ Individual capacity   ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Fort Pierce Police Department |
| Job or Title *(if known)* | |
| Address | 920 S US1 |
| | Fort Pierce, FL 34950 |
| | *City / State / Zip Code* |
| County | St. Lucie |
| Telephone Number | 772-467-6800 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
- Name: Lisette Lopez
- Job or Title *(if known)*: Fort Pierce Police Officer
- Address: 1709 Georgia Avenue
  - City: Fort Pierce
  - State: FL
  - Zip Code: 34950
- County: St. Lucie
- Telephone Number: 772-467-6800
- E-Mail Address *(if known)*:

[✔] Individual capacity  [ ] Official capacity

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Address:
  - City:
  - State:
  - Zip Code:
- County:
- Telephone Number:
- E-Mail Address *(if known)*:

[ ] Individual capacity  [ ] Official capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

42 U.S.C. §1983: Violation of Fourteenth Amendment Due Process (Unlawful Retention of Property)

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
All of the actions described in this Complaint were carried out by state actors, namely, Fort Pierce Police Department and the City of Fort Pierce's final policymakers and enforcers while they were performing their official duties under color of state law. By seizing and retaining Plaintiff's lawfully owned firearm as evidence, the officers invoked the authority granted to them by Florida statutes. Thus, alleged herein was done under the guise of legal authority, binding the City of Fort Pierce to § 1983 liability.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
The events giving rise to this claim all occurred in Fort Pierce, Florida at the Rocket station on U.S. 1.

B. What date and approximate time did the events giving rise to your claim(s) occur?
All events giving rise to this claim occurred on June 21, 2025, at approximately 11:00 a.m., when Officer Lissette Lopez seized Plaintiff's Sig Sauer P365X at the Rocket gas station on U.S. 1.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On June 21, 2025, at approximately 11:00 a.m., Officer Lissette Lopez seized Plaintiff's lawfully owned Sig Sauer P365X pistol, custom holster, and loaded magazine during a traffic stop at the Rocket gas station on U.S. 1 in Fort Pierce. The firearm was logged into evidence and has remained in the Fort Pierce Police Department's evidence locker since that time. The underlying matter was formally dispositioned by a "No Information" filing on July 9, 2025, terminating any basis for continued retention. Plaintiff returned to the police department on two separate occasions, notably on, July 15 to request the firearm's release, each time delivering a written letter documenting his demands. On July 15, Plaintiff spoke with Latanya in the Evidence Unit, who witnessed the Department's refusal to release his property despite the case's dismissal. No forfeiture proceeding or hearing has ever been offered, and the Department has provided no process to reclaim Plaintiff's firearm. As of today, Plaintiffs property remains unlawfully withheld without due process.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Injuries Suffered by Plaintiff
Deprivation of Property Interest: Loss of possession and use of a lawfully owned Sig Sauer P365X pistol, custom holster, and ammunition (valued at approximately $1000).
Economic Harm: Out-of-pocket expenses for multiple trips to the police department and costs to secure alternative means of personal protection.
Emotional Distress: Anxiety, frustration, and humiliation resulting from the inability to retrieve essential self-defense property and repeated denials of due process.
Loss of Security: Increased personal vulnerability and inability to exercise Second Amendment rights due to lack of access to the firearm.
Invasion of Dignity: Feeling of violation and betrayal of trust in state actors and the justice system.
Legal Expenses: Fees and costs incurred in drafting correspondence, filing administrative complaints, and prosecuting this federal lawsuit.
Ongoing Harm: Continued deprivation of property exacerbates each of these harms until the firearm is returned or fully compensated.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

WHEREFORE, Plaintiff Justin Pike respectfully requests that the Court grant the following relief against Defendant City of Fort Pierce:

Compensatory Damages in the amount of $25,000, reflecting not only the $1000 fair market value of the seized firearm and accessories but also Plaintiff's economic losses, emotional distress, loss of security, invasion of dignity, and ongoing harm.

Punitive Damages in the amount of $50,000, to deter the City and its officers from similar due-process violations and to fund law-enforcement education and policy reform.

Costs of Court and filing fees under 28 U.S.C. §§ 1920 and 1915.

Such other and further relief as the Court deems just and proper.

Jury Trial Demanded

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/25/2025

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Justin Pike

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
    *City*    *State*    *Zip Code*
Telephone Number:
E-mail Address: